# Court of Appeals
# of the State of Georgia

ATLANTA, July 10, 2026

*The Court of Appeals hereby passes the following order:*

## A26I0249. KEVIN DAVIS et al v. JERRY BUNN et al.

Applicants Kevin Davis and Krystal Bunn, as legal guardians and next of kin of Bryce Davis, seek immediate review of the trial court's order granting summary judgment to Jerry Bunn in this dog bite case. Davis and Bunn obtained a certificate of immediate review from the ruling and filed this application for interlocutory appeal.

The grant of summary judgment on any issue may be appealed directly and immediately. See OCGA § 9-11-56(h); *Ellis v. Oles*, 364 Ga. App. 133, 133-34(2) (873 SE2d 251) (2022). "This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004). Accordingly, this interlocutory application is hereby GRANTED.

Applicants shall have ten days from the date of this order to file a notice of appeal in the trial court. If a notice of appeal has already been filed, a second notice is not required. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __07/10/2026_____

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*